UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA BLAND MUNSON,<br><br>   Plaintiff,<br><br> vs.<br><br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration<br><br><br>   Defendant. | Case No. 3:16-cv-5737<br><br>ORDER |

  The parties' stipulated motion for attorney fees, docket no. 18, is GRANTED, and it is hereby ORDERED that:

  Attorney fees of $3,426.69, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs in the amount of $400.00 (for the court filing fee), pursuant to 28 U.S.C. § 1920 and 31 U.S.C. § 1304(a), are AWARDED to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Plaintiff's attorney, Victoria B. Chhagan, at this address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle WA 98101. If the EAJA fees and costs are not subject

EAJA Order No. 3:16-cv-5737 - 1  Victoria B. Chhagan
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206)623-0900

to any offset, the EAJA attorney fees shall be paid directly to the order of Plaintiff's Attorney, Victoria B. Chhagan.

IT IS SO ORDERED.

Dated this 26th day of October, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

EAJA Order    No. 3:16-cv-5737                          - 2                                    Victoria B. Chhagan
                                                                                          Douglas Drachler McKee
                                                                                                     & Gilbrough
                                                                                         1904 Third Ave., Ste. 1030
                                                                                              Seattle, WA  98101
                                                                                                 (206)623-0900